IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TOMMY L. GREEN, SR.,

    Plaintiff,

v.                                      CASE NO. 4:14cv269-RH/GRJ

MICHAEL D. CREWS et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 20, and the objections, ECF No. 21. I have reviewed *de novo* the issues raised by the objections.

The objections are hard to decipher and in any event have no apparent relationship to the amended complaint, which is itself hard to decipher. The report and recommendation correctly concludes that the amended complaint should be dismissed. Allowing the plaintiff another opportunity to amend would serve no apparent purpose. If a further amended complaint alleged an actual case or

controversy and stated a claim on which relief could be granted, it would in effect be an entirely new action.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The amended complaint is dismissed." The clerk must close the file.

SO ORDERED on November 18, 2014.

                        s/Robert L. Hinkle
                        United States District Judge